THE PEOPLE ex rel. THOMAS CASEY, Appellant, *v.* JAMES JOURDAN, as Police Commissioner of the City of Brooklyn, Respondent.

(Submitted February 28, 1888; decided March 13, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made November 28, 1887, which affirmed an order removing the relator from the office of patrolman on the police force of the city of Brooklyn.

*James P. Judge* for appellant.

*F. A. McCloskey* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.